O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE JOSEPH SZWEB,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. ED CV 13-01362 RZ<br><br>JUDGMENT OF REMAND |

　　　　In accordance with the Memorandum Opinion and Order filed concurrently herewith,

　　　　IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

　　　　DATED: March 31, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Ralph Zarefsky_
　　　　　　　　　　　　　　　　　　　　　　　　RALPH ZAREFSKY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE