1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                   EASTERN DIVISION

10

11  THEODORE JOSEPH SZWEB,        )    CASE NO.: **EDCV 13-01362 RZ**
                                  )
12            Plaintiff,          )    [~~PROPOSED~~] ORDER AWARDING
                                  )    EAJA FEES
13        v.                      )
                                  )
14  CAROLYN W. COLVIN, Acting     )
    Commissioner of Social Security )
15  Administration,               )
                                  )
16            Defendant.          )
    _____ )
17

18       Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20       **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND TWO

22  HUNDRED NINETY DOLLARS and 00/cents ($2,290.00), as authorized by  28

23  U.S.C. § 2412 (d)~~, and subject to the terms and conditions of the Stipulation~~.

24

25  DATED:  July 18, 2014

26                              _____
                                UNITED STATES MAGISTRATE JUDGE
27

28

                                    1